No. 738. El Pueblo, Demandante y Apelado, *v.* Nogueras, Acusado y Apelante.—

No. 739. El Pueblo, Demandante y Apelado, *v.* Mas, Acusado y Apelante.—

No. 744. El Pueblo, Demandante y Apelado, *v.* Muñiz, Acusado y Apelante.—

No. 746. El Pueblo, Demandante y Apelado, *v.* Pérez, Acusado y Apelante.—

No. 747. El Pueblo, Demandante y Apelado, *v.* Ramos, Acusado y Apelante.—

No. 748. El Pueblo, Demandante y Apelado, *v.* Matos, Acusado y Apelante.—

No. 749. El Pueblo, Demandante y Apelado, *v.* Cintrón, Acusado y Apelante.—

No. 755. EL PUEBLO, DEMANDANTE Y APELADO, *v.* RIVERA, ACUSADO Y APELANTE.—

Apelaciones procedentes de las Cortes de Distrito de Mayagüez y Ponce en causas por delito electoral. Resueltos en diciembre 23, 1914. Confirmadas las sentencias apeladas. Abogado del Pueblo: *Sr. Salvador Mestre, Fiscal.* Los acusados no comparecieron.